UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>          Plaintiff,<br><br>     v.<br><br>SEATTLE TALENT AGENCY,<br><br>          Defendant. | CASE NO. C23-1289JLR<br><br>ORDER |

On August 30, 2023, the court adopted Magistrate Judge Michelle L. Peterson's report and recommendation, in which she recommended that the court deny *pro se* Plaintiff Cortez Daundre Jones's motion to proceed *in forma pauperis* ("IFP"). (*See* 8/30/23 Order (Dkt. # 7); *see also* R&R (Dkt. # 6).) The court ordered Mr. Jones to pay the filing fee by September 29, 2023, and warned him that this case would be dismissed if he failed to do so. (*See* 8/30/23 Order at 1.)

//

//

ORDER - 1

1  The September 29, 2023 deadline has now passed, and Mr. Jones has not paid the
2  filing fee.  (*See generally* Dkt.)  Accordingly, the court DISMISSES this action without
3  prejudice.

    Dated this 2nd day of October, 2023.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2