# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>        Plaintiff,<br><br>v.<br><br>SEATTLE TALENT AGENCY,<br><br>        Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C23-1289JLR |

    ____    **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **X**    **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This action is DISMISSED without prejudice for failure to pay the filing fee.

Filed this 2nd day of October, 2023.

 

                                            RAVI SUBRAMANIAN
                                            Clerk of Court

                                            s/ Ashleigh Drecktrah
                                            Deputy Clerk